UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RAFAEL ARROYO JR.,<br><br>Plaintiffs,<br><br>v.<br><br>MOHAMMAD SHAWKAT HARB, et al.,<br><br>Defendant. | Case No.<br>EDCV 18-1690 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order issued concurrently herewith, Plaintiff Rafael Arroyo Jr. prevails on the following claims under the Americans with Disabilities Act of 1990 ("ADA") and the California's Unruh Civil Rights Act ("UCRA") against Defendant Mohammad Shawkat Harb: (1) inaccessible parking spot. Plaintiff's claim regarding the entry ramp fails under both the ADA and the UCRA.

As to Plaintiff's claims for an inaccessible parking spot at the Market on July 8, 2018, Plaintiff is entitled to $4,000 in statutory penalties under the UCRA, as well as the recovery of reasonable attorney fees, litigation expenses, and costs of suit, under the ADA and the UCRA.

1 | Judgement is entered in favor of Plaintiff Rafael Arroyo Jr. in the amount of
2 | $4,000.

Dated: October 18, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge